```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 00769
   BRETT W BRINLEY
   GINA M BRINLEY                                   CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-3041    SSN XXX-XX-1123

----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/17/07 and confirmed on 04/04/07.

   2.  The case was dismissed after confirmation, 06/20/2008.

   3.  The Debtor paid a total of $   6834.89 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 3000.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1530.22 | 105.38 | 274.47 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 24116.50 | .00 | 4770.30 |
| AMERICAN HONDA FINANCE C | UNSECURED | 11261.06 | .00 | .00 |
| WILL COUNTY TREASURER | PRIORITY | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 26048.29 | .00 | .00 |
| BALLYS NATIONAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL CREDIT CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUR ORLANDO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FRANKLIN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 2000.00 | 141.00 | 312.88 |
| MERCHANT & MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| MAF COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MONEY CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |

```
NCO FINANCIAL SYSTEMS IN UNSECURED      NOT FILED              .00         .00
NCO FINANCIAL SYSTEMS IN UNSECURED      NOT FILED              .00         .00
NICOR GAS                UNSECURED         325.16              .00         .00
RICHARD R DELLA CROCE ES UNSECURED      NOT FILED              .00         .00
WACHOVIA DEALER SERVICES UNSECURED      NOT FILED              .00         .00
LAKEWOOD FALLS COMMUNITY SECURED           365.75              .00       64.85
GREAT AMERICAN FINANCE   UNSECURED         811.67              .00         .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED        OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  31012.47        .00    38446.18          .00    69458.65
PRINCIPAL PAID       5422.50        .00         .00          .00     5422.50
INTEREST PAID         246.38        .00         .00          .00      246.38
TOTAL PAID           5668.88        .00         .00          .00     5668.88
The Debtor's attorney, RONALD D CUMMINGS          , was allowed $    3000.00
and was paid $     451.00  direct and $    141.14  through the plan.

The Trustee received $     249.87 .

Refunds to the Debtor totaled $    775.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 00769 BRETT W BRINLEY & GINA M BRINLEY